Frances B. Doell, as Administratrix of the Estate of Andrew Doell, Deceased, Appellant, *v.* Lena Bull et al., Respondents.

A. D. Realty Corporation, Respondent, *v.* Frances B. Doell, as Administratrix of the Estate of Andrew Doell, Deceased, Appellant.

Submitted January 12, 1938; decided January 27, 1938.

*A. J. Oshei Hoschek, Herbert S. Felner* and *Joseph M. Metnick* for appellant.

*Meyer Kirschenbaum* for respondents.

In each action, judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: LEHMAN and HUBBS, JJ.